GREGORY J. MARCINSKI
Plaintiff, pro se
Reg. No. 12582-050
Federal Correctional Institution
P.O. Box 1000
Otisville, NY 10963-1000



FILED
CLERK, U.S. DISTRICT COURT

5/10/2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

GREGORY J. MARCINSKI, JR., )
        Plaintiff, ) Case No. CV13- 3248 SVW (SSx)
    v. )
        ) COMPLAINT
TRANS UNION, LLC, )
        ) [Jury Trial Demanded]
        Defendant. )

COMES NOW plaintiff, Gregory J. Marcinski, Jr., pro se, and for his complaint against defendant, Trans Union, LLC, states and alleges as follows:

1. This lawsuit seeks redress for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, et seq.

2. The Court has jurisdiction over the subject matter and the parties pursuant to 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

3. Venue is proper under 28 U.S.C. § 1391(b), based on the defendant maintaining a physical presence and conducting business within the district.

4. Plaintiff, Gregory J. Marcinski, Jr. ("Marcinski"), is a resident of Otisville, New York and a "consumer" as that term is defined in the FCRA.

5. Defendant, Trans Union, LLC ("Trans Union"), is a limited liability company that maintains offices in Fullerton,

California and is a "consumer reporting agency" as defined in the FCRA.

6. Marcinski has been incarcerated since April 2000.

7. In July 2010, Marcinski learned that he had been the victim of identity theft while incarcerated.

8. After learning he had been a victim of identity theft, Marcinski began requesting copies of his credit reports from various consumer reporting agencies.

9. Between July 2010 and March 27, 2013, Marcinski submitted multiple requests to Trans Union for disclosure of his credit report.

10. Marcinski's requests for disclosure to Trans Union were submitted in writing and included sufficient proof of identity and address.

11. In response to every request for disclosure by Marcinski, Trans Union declined to provide a copy of the requested credit report and stated sufficient proof of identity and/or address had not been provided.

12. Marcinski has informed Trans Union that he is the victim of identity theft.

13. Trans Union knows, or reasonably should know, that Marcinski is incarcerated and cannot provide copies of certain traditional forms of identification and/or proof of address.

14. Upon information and belief, Trans Union regularly receives requests for credit report disclosures from consumers who are incarceated.

15. Upon information and belief, Trans Union has failed to implement reasonable procedures to ensure that incarcerated consumers, who cannot provide copies of certain traditional forms of identification and proof of address, can nevertheless obtain credit report disclosures by providing alternative documentation that sufficiently establishes identity and address.

16. By failing to honor Marcinski's multiple requests for disclosure of his credit report, when he provided sufficient proof of identity and address, Trans Union violated 15 U.S.C. § 1681g(a).

17. By failing to place a "fraud alert" on Marcinski's credit file, after Marcinski informed Trans Union that he was a victim of identity theft, Trans Union violated 15 U.S.C. § 1681c-1(a).

18. By failing to provide Marcinski with up to two free credit report disclosures, after he informed Trans Union that he was a victim of identity theft, Trans Union violated 15 U.S.C. § 1681c-1(b)(2).

19. As a direct and proximate result of Trans Union's unlawful conduct, Marcinski has suffered damages, including lowered credit score, damage to credit reputation, and emotional distress.

WHEREFORE, Marcinski respectfully moves for Judgment in his favor and the following:

A. Actual damages in an amount to be determined, or statutory damages in the amount of $1,000.00, pursuant to 15 U.S.C. § 1681n(a)(1)(A) and/or 15 U.S.C. § 1681o(a)(1);

  B. Punitive damages in an amount to be determined, pursuant to 15 U.S.C. § 1681n(a)(2);

  C. Costs and attorney's fees incurred, pursuant to 15 U.S.C. § 1681n(a)(3) and/or 15 U.S.C. § 1681o(a)(2); and

  D. Any further relief deemed just and proper by the Court.

Dated this __1st__ day of May, 2013.

                _____
                GREGORY J. MARCINSKI, JR.
                Plaintiff, pro se

May 1, 2013

Office of the Clerk
United States District Court
312 N. Spring Street
Los Angeles, CA 90012-4701

Dear Sir or Madam:

Enclosed please find the following:

1. Application to Proceed In Forma Pauperis;

2. Civil Cover Sheet; and

3. Complaint.

Thank you for your assistance with this matter.

Very truly yours,

*[signature]*

Gregory J. Marcinski, Jr.
Reg. No. 12582-050
Federal Correctional Institution
P.O. Box 1000
Otisville, NY 10963-1000

**enclosures**

NAME Gregory S. Marcinski Jr.
REGISTER NO. 12582-050
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OTISVILLE, NY 10963

⇦ 12582-050 ⇨
Office Of The Clerk
U.S. District Court
312 N Spring ST
LOS Angeles, CA 90012-4701
United States



JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Gregory J. Marcinski, Jr.

(b) County of Residence of First Listed Plaintiff: Orange (NY)
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pro Se

## DEFENDANTS
Trans Union, LLC

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. § 1681, et seq.
Brief description of cause:
Violations of Fair Credit Reporting Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 05/01/13
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____