**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE: 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
 d.bradley@mpglaw.com

Attorneys for Defendant TRANS UNION LLC

FILED
CLERK, U.S. DISTRICT COURT
FEB 24, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ____PMC____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY J. MARCINSKI, JR., <br><br> Plaintiff, <br><br> vs. <br><br> TRANS UNION, LLC, <br><br> Defendant. | Case No. CV 13-3248 SVW (SSx) <br><br> Hon. Stephen V. Wilson, Courtroom 6 <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> JS-6 |

Plaintiff Gregory J. Marcinski, Jr. has announced to the Court that all matters in controversy against Trans Union have been resolved. A Joint Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Joint Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Gregory J. Marcinski, Jr. against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED: February 24, 2014

_____
Hon. Stephen V. Wilson
United States District Judge

885324.1

ORDER OF DISMISSAL WITH PREJUDICE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On February 21, 2014, I served true copies of the following document(s) described as **ORDER OF DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

> Gregory J. Marcinski, Jr.
> Reg. No. 12582-050
> Federal Correctional Institution
> P.O. Box 1000
> Otisville, NY  10963-1000
> *Plaintiff Pro Se*

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Musick, Peeler & Garrett LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 21, 2014, at Costa Mesa, California.

*/s/ April M. Yusay*
April M. Yusay

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

885324.1

2

ORDER OF DISMISSAL WITH PREJUDICE